**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**OTTAWAY CARTER**                                                                  **PLAINTIFF**

**v.**                                                **No. 4:07CV79-P-B**

**CHRISTOPHER EPPS, ET AL.**                                      **DEFENDANT**

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by the defendants to dismiss is hereby **GRANTED**, and the instant case is hereby **DISMISSED** under the doctrines of *res judicata* and collateral estoppel. In addition, the plaintiff's claims, which accrued in 1983, is barred by the statute of limitations found in MISS. CODE ANN. § 15-1-49.

**SO ORDERED,** this the 3rd day of March, 2008.

                                                                              /s/ W. Allen Pepper, Jr.
                                                                              W. ALLEN PEPPER, JR.
                                                                              UNITED STATES DISTRICT JUDGE